USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/10/2026

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2026

**BY EMAIL & ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Veronica Yaraset Molina**
**26 Mag. 2402 (UA)**

Dear Judge Figueredo:

I write, as counsel to Veronica Yaraset Molina, to respectfully request an extension until July 22, 2026 to secure two bond cosigners in the above-captioned case. The government does not object to an extension.

At Ms. Yaraset's presentment on June 24, 2026, Magistrate Judge Wang set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents and make no new applications; submit to urinalysis and if positive, add drug testing/treatment condition; standalone GPS location monitoring; continue/seek employment; refrain from possessing the personal identifying information of others; cannot open any new bank accounts, lines of credit, or loans without permission from pretrial services.

ECF Doc. No. 6.

Ms. Yaraset was released on her own signature on the condition that she first be fitted with a GPS location monitor. She was ordered to have one cosigner sign the bond and surrender all travel documents by June 26. Ms. Yaraset was given until July 8 for the second cosigner to sign the bond.

On June 24, 2026, Ms. Yaraset signed the bond and was fitted with a GPS location monitor. Pretrial services conducted a home visit on June 26 and confirmed that there were no issues with Ms. Yaraset's residence or location monitoring equipment, and that Ms. Yaraset had surrendered

her travel documents to pretrial services. Since her release, Ms. Yaraset has returned to work as a home health aide.

On June 28, Judge Wang granted Ms. Yaraset's request for an extension to July 8, 2026 for both cosigners to sign the bond. ECF Doc. Nos. 7, 8.

On July 7, the government interviewed a prospective bond cosigner and determined that the individual did not qualify as a financially responsible person; however, the government advised that they are open to considering her as a cosigner for moral suasion if Ms. Yaraset is able to secure one financially responsible person to cosign the bond before the extended deadline. Ms. Yaraset continues to actively seek potential cosigners.

Given that two weeks have passed since Ms. Yaraset's presentment and pretrial has not identified any concerns and Ms. Yaraset has otherwise complied with all conditions of release, we respectfully request an extension until July 22, 2026 to secure the cosigners' signatures. The government does not object to an extension.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Veronica Yaraset Molina*

cc: Counsel of record

Defendant shall secure the cosigners' signatures by **July 22, 2026.**

SO ORDERED:

Dated: July 10, 2026
New York, New York

**THE HONORABLE HENRY J. RICARDO**
United States Magistrate Judge